

Marvin H. Kleinberg (State Bar No. 024953)
Email: mkleinberg@kleinberglerner.com
Bradford E. Mattes (State Bar No. 159004)
Email: bemattes@kleinberglerner.com
Christopher J. Dugger (State Bar No. 239427)
Email: cdugger@kleinberglerner.com
KLEINBERG & LERNER, LLP
1875 Century Park East, Suite 1150
Los Angeles, California 90067-3112
Telephone: (310) 557-1511
Facsimile: (310) 557-1540

Attorneys for Plaintiff, VINOTEMP INTERNATIONAL CORPORATION

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

VINOTEMP INTERNATIONAL
CORPORATION, a California corporation,

  Plaintiff,

  v.

WINE MASTER CELLARS, LLC, a
Colorado Limited Liability Company,

  Defendant

Case No.:

**CV11- 01543** ABC (PLA)

**COMPLAINT FOR
DECLARATORY JUDGMENT
RE PATENT**

**DEMAND FOR JURY TRIAL**

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

Plaintiff VINOTEMP INTERNATIONAL CORPORATION, through its
attorneys of record, alleges as follows:

### INTRODUCTION

1.   This is a civil action for a declaratory judgment holding that plaintiff
Vinotemp International Corporation, ("Vinotemp") has not infringed United States
Patent, Nos. 6,991,117 B2 ("the '117 patent" and 7,850,017 B2 ("the '017 patent")

- 1 -

**COMPLAINT**

(the McCain patents) which are owned by defendant Wine Master Cellars, LLC ("defendant"), copies of which are attached as Exhibits 1.and 2

## JURISDICTION

2.      Pursuant to 28 U.S.C. §§2201 and 2202, this Court may declare the rights and other legal relationships of the parties and may order such other relief as may be necessary.  Jurisdiction in this Court arises under the patent laws of the United States, 35 U.S.C. §1, *et seq*.  This Court has subject matter jurisdiction over the federal question claims pursuant to 28 U.S.C. §§1331 and 1338.

3.      Charlie Malek, president and owner of defendant, sent an e-mail letter dated February 10, 2011 to India Hynes, CEO of Vinotemp,(attached as Exhibit 3). In that letter, Vinotemp was advised, among other things, that defendant believes Vinotemp's newly patented wine rack infringes claims in the '117 patent. This contention was previously asserted in an earlier filed complaint that was dismissed without prejudice as a result of a settlement agreement in which Vinotemp did not concede either validity or infringement of the '117 patent. (Ex. 1).  In particular, defendant's president  stated in that February 10, 2011 e-mail letter (Exhibit 3) that:

> "Vinotemp's Rack is still subject to a claim of infringement of
> Wine Master Cellars' U.S. Patent No. 6,991,117 should you decide to
> recommence selling the Vinotemp Rack outside of Cabinets."

Defendant's newly issued '017 patent is a continuation-in-part of the '117 patent and it is believed that this patent, too, would be asserted against the Vinotemp Rack.

4.      An actual case and controversy exists between Vinotemp and defendant as a result of defendant's accusation of patent infringement.

## VENUE

5.      Venue in this Court is proper pursuant to 28 U.S.C. §§1391(b), (c) and (d) and because a substantial part of the claims arose in this judicial district, a substantial part of the property that is the subject of this action is situated in this judicial district, and defendant is found and transacts business in this judicial district.

**COMPLAINT**

## THE PARTIES

6.    Plaintiff Vinotemp International Corporation is a California corporation whose principal place of business is in Rancho Dominguez, California.  Vinotemp is a company whose business includes the design, development, sale and distribution of wine cellars, wine racks, and other products serving the needs of oenophiles and the merchants who cater to them.

7.    Upon information and belief, defendant Wine Master Cellars, LLC is a Colorado limited liability company with a business and mailing address of 106445 E. 47th Ave., Denver, Colorado 80239.

## FIRST CLAIM FOR RELIEF

### [Declaratory Judgment, under 28 U.S.C. §§2201 and 2202 of Non- Infringement Against Defendant]

8.    Vinotemp repeats and realleges the allegations contained in paragraphs 1-7 as though fully set forth herein.

9.    Neither Vinotemp nor Vinotemp's wine racks in any way infringe defendant's '117 patent or '017 patent.

## SECOND CLAIM FOR RELIEF

### [Declaratory Judgment under 28 U.S.C. §§2201 and 2202 of Invalidity and Unenforceability Against Defendant]

10.    Vinotemp repeats and realleges the allegations contained in paragraphs 1-9 as though fully set forth herein.

11.    Defendant's '117 patent and '017 patent are invalid under 35 U.S.C. § 103 on the ground that they are obvious in light of the prior art.  The prior art made of record in the respective application as well as other prior art can be combined in a way that makes the claims of the patents obvious.

12.    Defendant's patents are invalid under 35 U.S.C. § 102 on the ground that they are anticipated by prior art.  The prior art made of record in the applications as well as other prior art anticipates the claims of the patents.

**THIRD CLAIM FOR RELIEF**

**[Declaratory Judgment under  28 U.S.C. §§2201 and 2202 That**

**Goods Made Under the Teachings of U.S. Patent No. 7,882,967 B2**

**Do Not Infringe Defendant's Patents]**

13.     Vinotemp repeats and realleges the allegations contained in paragraphs 1-14 as though fully set forth herein.

14.     Vinotemp has been making, using and selling wine racks made in accordance with the teachings of its U.S. Patent No. 7,882,967 B2. ("'967 patent")(attached as Exhibit 4).  That patent teaches a wine rack system in which the individual arms upon which bottles are supported have identically sized indentations. Defendant's patent claims require that arms supporting bottles have indentations which are differently sized.

**PRAYER FOR RELIEF**

WHEREFORE, Vinotemp prays that the Court enter judgment in its favor and against defendant, including:

1.     A declaration that Vinotemp has not in any manner infringed, and is not currently infringing any patent of defendant;

2.     A declaration that defendant's patents are invalid and unenforceable;

3.     A declaration that wine racks made in accordance with the '967 patent do not infringe valid claims of defendant's patents;

4.     An order requiring defendant to pay to Vinotemp all of its costs, disbursements, and attorneys' fees in this action; and

//
//
//
//
//

**COMPLAINT**

5.      For such other relief as the Court deems proper.


KLEINBERG & LERNER, LLP


Dated:  February 22, 2011          By:

Marvin H. Kleinberg
Bradford E. Mattes
Christopher J. Dugger
Attorneys for Plaintiff, VINOTEMP
INTERNATIONAL CORPORATION

- 5 -

## DEMAND FOR JURY TRIAL

Vinotemp demands that its claims be tried to a jury pursuant to the Seventh Amendment to the United States Constitution, F. .R. Civ. P. 38(b), and Local Rule 38-1.


KLEINBERG & LERNER, LLP


Dated: February 22, 2011      By:

                              Marvin H. Kleinberg
                              Bradford E. Mattes
                              Christopher J. Dugger
                               Attorneys for Plaintiff, VINOTEMP
                               INTERNATIONAL CORPORATION

- 6 -

COMPLAINT

# EXHIBIT 1

US006991117B2

(12) **United States Patent**
McCain

(10) **Patent No.:**     **US 6,991,117 B2**
(45) **Date of Patent:**     **Jan. 31, 2006**

(54) **WINE RACK**

(75) Inventor: **Doug McCain**, Castle Rock, CO (US)

(73) Assignee: **Wine Master Cellars LLC**, Denver, CO (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 149 days.

(21) Appl. No.: **10/615,638**

(22) Filed: **Jul. 8, 2003**

(65) **Prior Publication Data**

US 2004/0104187 A1     Jun. 3, 2004

**Related U.S. Application Data**

(60) Provisional application No. 60/394,623, filed on Jul. 8, 2002.

(51) **Int. Cl.**
*A47B 73/00*     (2006.01)

(52) **U.S. Cl.** ........................................................ **211/75**

(58) **Field of Classification Search** ............... 211/59.1, 211/57.1, 54.1, 70.6, 75, 181.1, 90.03
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D30,331 | S | * | 3/1899 | Walker ........................ D7/704 |
| 2,018,002 | A | | 10/1935 | Avery |
| 2,527,796 | A | * | 10/1950 | Clute ........................... 211/74 |
| 2,558,611 | A | * | 6/1951 | Emmart ....................... 211/74 |
| 3,160,278 | A | * | 12/1964 | Varkala ....................... 211/74 |
| 3,285,426 | A | * | 11/1966 | Wilcke ...................... 211/70.6 |
| 3,606,023 | A | | 9/1971 | Edmunds |
| 3,746,179 | A | | 7/1973 | Paumgardhen |
| D232,284 | S | * | 8/1974 | Shuck ......................... D7/701 |
| 3,870,155 | A | | 3/1975 | Galloway |
| D243,738 | S | | 3/1977 | Johnson |
| 4,094,415 | A | * | 6/1978 | Larson ....................... 211/57.1 |
| 4,285,449 | A | | 8/1981 | Campos |
| D260,463 | S | | 9/1981 | Imus |
| D273,647 | S | | 5/1984 | Kandarian |
| 4,660,727 | A | | 4/1987 | Levine |
| 4,905,846 | A | * | 3/1990 | Calvert ...................... 211/59.1 |
| 4,944,415 | A | | 7/1990 | Orbach |
| 4,998,631 | A | | 3/1991 | Fridjhon |
| 5,014,949 | A | * | 5/1991 | Niven .................... 248/220.41 |
| D351,535 | S | | 10/1994 | Renegar |
| D376,299 | S | * | 12/1996 | Audet ......................... D7/704 |

(Continued)

FOREIGN PATENT DOCUMENTS

DE          2835264          2/1980

(Continued)

*Primary Examiner*—Sarah Purol
(74) *Attorney, Agent, or Firm*—Dorsey & Whitney LLP

(57)     **ABSTRACT**

A wine rack for mounting on a wall or other surface, the wine rack including at least a first and second pair of support members. In one embodiment, the first pair of support members may support at least a first and a second wine bottle in a substantially parallel relation to the wall, wherein the second bottle is positionable proximate the wall, and wherein the label of the first wine bottle is visible to a person standing in front of the wine rack. The second pair of support members may support at least a third and a fourth wine bottle in a substantially parallel relation to the wall, wherein the fourth bottle is positionable proximate the wall, and wherein the label of the third wine bottle is visible to the person standing in front of the wine rack. In one example, a pair of frame elements may be attached to the support members in order to mount the support members to the wall.

**6 Claims, 10 Drawing Sheets**



**Exhibit 1**
**Page 7**

# US 6,991,117 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D378,888 S | * | 4/1997 | Bertilsson ................... D7/704 |
| D383,364 S | * | 9/1997 | Goodman ................... D7/704 |
| D386,363 S | * | 11/1997 | Dardashti ................... D7/704 |
| D399,710 S | | 10/1998 | Brown |
| 5,826,731 A | | 10/1998 | Dardashti |
| 6,050,426 A | * | 4/2000 | Leurdijk ................. 211/94.01 |
| 6,612,448 B2 | * | 9/2003 | Plutsky ..................... 211/43 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| FR | 2333469 | 7/1977 |
| GB | 146 | 0/1901 |
| GB | 1031205 | 6/1966 |
| GB | 2221149 | 1/1990 |

* cited by examiner

Exhibit 1

Page 8



# FIG.1

**PRIOR ART**

**Exhibit 1**
**Page 9**



FIG.2

Exhibit 1
Page 10



FIG.3

Exhibit 1
Page 11

Case 2:11-cv-01543-ABC-PLA   Document 1   Filed 02/22/11   Page 13 of 59   Page ID #:17



FIG.4

**Exhibit 1**
**Page 12**



FIG.5

Exhibit 1
Page 13

Case 2:11-cv-01543-ABC-PLA Document 1 Filed 02/22/11 Page 15 of 59 Page ID #:19



FIG.6

FIG.7

FIG.8

Exhibit 1
Page 14



FIG.9



FIG.10



FIG.11

Exhibit 1
Page 15



FIG.12

FIG.13

FIG.14

FIG.15

FIG.16

FIG.17

FIG.18

Exhibit 1
Page 16



FIG.19

FIG.20

FIG.21

FIG.22

FIG.23

FIG.24

Exhibit 1
Page 17



FIG.25

Exhibit 1
Page 18

US 6,991,117 B2

**1**

# WINE RACK

## CROSS-REFERENCE TO RELATED APPLICATION

This application claims priority under 35 U.S.C. 119(e) to U.S. provisional patent application Ser. No. 60/394,623 entitled "WINE RACK" filed Jul. 8, 2002, the disclosure of which is hereby incorporated by reference in its entirety.

## FIELD OF THE INVENTION

The present invention relates, in general, to wine racks and wine racking devices.

## BACKGROUND OF THE INVENTION

Conventionally, wine racks are used in wine cellars or other wine storage areas to store numerous bottles of wine in a desired area. In one example of a conventional wine rack **30** shown in FIG. 1, the bottles of wine are supported along the length of the bottle within a grid of generally rectangular cavities **32** stacked upon and next to each other, each rectangular cavity typically formed by pairs of parallel wood supports **34, 36** held in position by front and rear frame structures. In this example of a conventional wine rack, the wine rack is typically configured such that user places a bottle **38** of wine lengthwise within one of the rectangular cavities such that when the rack is full of wine bottles, only the top ends **40** (i.e., where the foil is wrapped around the top end) of the wine bottles **38** are generally visible when viewing the wine rack—and the labels on the wine bottle are not generally visible by the user. As such, in order to determine which type of wine (e.g., varietal/grape type, winery name, vintage/year, etc.) is stored in a particular cavity **32** of such a wine rack, the user may need to remove the bottle from the wine rack in order to view the label on the bottle.

As recognized by the present inventor, what is needed is a wine rack that provides storage for numerous wine bottles while permitting the user to view the label of the bottle of wine as the wine bottle rests in the wine rack.

It is against this background that various embodiments of the present invention were developed.

## SUMMARY OF THE INVENTION

In light of the above and according to one broad aspect of one embodiment of the invention, disclosed herein is a wine rack that permits a user to view the wine labels on the bottles as the bottles sit in the rack. Various configurations of wine racks may be formed using embodiments of the present invention.

According to one broad aspect of one embodiment of the present invention, disclosed herein is a wine rack for attachment to a wall or other surface. In one example, the wine rack may include a first frame element for attachment to the wall; a first support member extending perpendicularly from the first frame element, the first support member having a recess portion for supporting a first portion of a wine bottle (i.e., a portion of the neck); a second frame element for attachment to a wall; and a second support member extending perpendicularly from the second frame element, the second support member having a recess portion for supporting a second portion of a wine bottle (i.e., a portion of the body of the bottle). When the wine bottle is placed in the

**2**

rack, the label of the wine bottle may be seen and read by person standing in front of the wine rack.

In one embodiment, the first support member may include a second recess portion for supporting a first portion of a second wine bottle. The second support member may include a second recess portion for supporting a second portion of the second wine bottle. In another example, the first support member may include a third recess portion for supporting a first portion of a third wine bottle, and the second support member may include a third recess portion for supporting a second portion of a third wine bottle. The first and second support members may be formed from steel rods. In one example, the first and second frame elements may be positioned in a parallel relation to each other. The recess portion of the support members may take many different shapes such as U-shaped, V-shaped or other shapes.

According to another broad aspect of another embodiment of the invention, disclosed herein is a wine rack for mounting on a wall or other surface, the wine rack including at least a first and second pair of support members. In one embodiment, the first pair of support members may support at least a first and a second wine bottle in a substantially parallel relation to the wall, wherein the second bottle is positionable proximate the wall, and wherein the label of the first wine bottle is visible to a person standing in front of the wine rack. The second pair of support members may support at least a third and a fourth wine bottle in a substantially parallel relation to the wall, wherein the fourth bottle is positionable proximate the wall, and wherein the label of the third wine bottle is visible to the person standing in front of the wine rack.

In one example, the first pair of support members may extend perpendicularly relative to the wall surface, each of said first pair of support members having a first recess for supporting a portion of the first wine bottle and a second recess for supporting a portion of the second wine bottle. In another example, the second pair of support members may extend perpendicularly relative to the wall surface, each of said second support members having a first recess for supporting a portion of the third wine bottle and a second recess for supporting a portion of the fourth wine bottle.

According to another broad aspect of another embodiment of the invention, disclosed herein is a support member for a wine rack having a vertically oriented frame portion. In one embodiment, the support member may include a first end adapted to be attached in a perpendicular orientation to the vertically oriented frame portion; a shaft portion extending from the first end; and a recess portion for supporting a portion (such as the neck or body) of a wine bottle, the recess portion having a downwardly sloped portion and an upwardly shaped portion, the downwardly shaped portion being coupled with the shaft portion.

In one example, the support member may be a steel rod, and may have a round cross section. The recess portion may be implemented as a U-shape, V-shape or other shapes.

In another example, the support member may also include an end portion coupled with the upwardly shaped portion of the recess, wherein the end portion terminates on a distal end with an upwardly extending tip.

In another example, the support member may also include an intermediate portion having a first end and a second end, the first end coupled with the upwardly shaped portion of the recess portion, and a second recess portion having a downwardly sloped portion and an upwardly shaped portion, the downwardly shaped portion being coupled with the second end of the intermediate portion. An end portion may be coupled with the upwardly shaped portion of the second

**Exhibit 1**

**Page 19**

US 6,991,117 B2

**3**

recess, wherein the end portion terminates on a distal end with an upwardly extending tip.

Alternatively, the support member may include a second intermediate portion having a first end and a second end, the first end coupled with the upwardly shaped portion of the second recess portion, and a third recess portion having a downwardly shaped portion and an upwardly shaped portion, the downwardly shaped portion being coupled with the second end of the second intermediate portion. In this example, the support member may include an end portion coupled with the upwardly shaped portion of the third recess, wherein the end portion terminates on a distal end with an upwardly extending tip.

Other embodiments of the invention are disclosed herein. The foregoing and other features, utilities and advantages of various embodiments of the invention will be apparent from the following more particular description of the various embodiments of the invention as illustrated in the accompanying drawings and claims.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates an example of a conventional wine rack.

FIG. 2 illustrates an example of a wine rack, in accordance with an embodiment of the present invention.

FIG. 3 illustrates another example of a wine rack with wine bottles resting therein with the labels of the bottles visible, in accordance with an embodiment of the present invention.

FIG. 4 illustrates another example of a wine rack with wine bottles resting therein with the labels of the bottles visible, in accordance with an embodiment of the present invention.

FIG. 5 illustrates an example of a frame element, in accordance with an embodiment of the present invention.

FIG. 6 illustrates an example of a support member for supporting a portion of a neck of a wine bottle, in accordance with an embodiment of the present invention.

FIG. 7 illustrates an example of a support member for supporting a portion of a body of a wine bottle, in accordance with an embodiment of the present invention.

FIG. 8 illustrates another embodiment of a support member of FIG. 6, for supporting the neck portions of two bottles of wine, in accordance with an embodiment of the present invention.

FIG. 9 illustrates an example of a support member of FIG. 7, for supporting the body portions of two bottles of wine, in accordance with an embodiment of the present invention.

FIG. 10 illustrates another example of a support member of FIG. 6, for supporting the neck portions of three bottles of wine, in accordance with an embodiment of the present invention.

FIG. 11 illustrates another example of a support member of FIG. 7, for supporting the body portions of three bottles of wine, in accordance with an embodiment of the present invention.

FIG. 12 illustrates another embodiment of a support member, in accordance with an embodiment of the present invention.

FIG. 13 illustrates another embodiment of a support member, in accordance with an embodiment of the present invention.

FIG. 14 illustrates another embodiment of a support member, in accordance with an embodiment of the present invention.

**4**

FIG. 15 illustrates another embodiment of a support member, in accordance with an embodiment of the present invention.

FIG. 16 illustrates another embodiment of a support member, in accordance with an embodiment of the present invention.

FIG. 17 illustrates another embodiment of a support member, in accordance with an embodiment of the present invention.

FIG. 18 illustrates another embodiment of a support member, in accordance with an embodiment of the present invention.

FIG. 19 illustrates another embodiment of a support member, in accordance with an embodiment of the present invention.

FIG. 20 illustrates another embodiment of a support member, in accordance with an embodiment of the present invention.

FIG. 21 illustrates another embodiment of a support member, in accordance with an embodiment of the present invention.

FIG. 22 illustrates a wine rack wherein the frame elements are attached to the wall or surface, at an angle to the wall or surface, in accordance with an embodiment of the present invention.

FIG. 23 illustrates a wine rack wherein the frame elements are interconnected, in accordance with an embodiment of the present invention.

FIG. 24 illustrates a wine rack wherein the support members are connected to a support surface in lieu of frame elements, in accordance with an embodiment of the present invention.

FIG. 25 illustrates a wine rack wherein the frame elements are connected to a ceiling, in accordance with an embodiment of the present invention.

### DETAILED DESCRIPTION

According to one embodiment of the present invention, disclosed herein is a wine rack for supporting multiple bottles of wine for storage in a manner that allows for the labels of one or more bottles stored in the rack to be visible to a person viewing the wine rack. Various different configurations of wine racks are possible, and the wine racks may be formed by attachment to walls, ceilings, or other surfaces or structures.

As shown in the accompanying drawings such as FIG. 2, a wine rack 50 may include a first frame element 52 and a second frame element 54, wherein, in one example, the first and second frame elements are adapted to be secured to a wall 56 or other surface, preferably positioned vertically along the wall surface 56 in a parallel arrangement to one another. Various rows 58 of the wine rack 50 are formed, wherein each row 58 has at least a first and second support member 60, 62, preferably each support member 60, 62 attached to and extending perpendicularly from a respective frame element 52, 54.

Each pair of the support members 60, 62 in a row 58 support at least one bottle of wine (and may support two or three or more bottles of wine as shown below) in a generally horizontal position and in a parallel relation to the wall surface 56 so that the labels of one or more bottles (i.e., the front-most bottle stored in each row) stored in the rack 50 are visible to a person viewing the wine rack. Hence, a user of the wine rack 50 can easily see the labels of many, and possibly all, of the bottles of wine stored in the wine rack. Using the frame elements 52, 54 and support members 60, 62, various different configurations of wine racks 50 are

Exhibit 1

Page 20

**5**

possible—for instance, the size (i.e., capacity) of the rack **50** can be varied, the number of rows can be varied, the number of bottles per row can be varied, the rack **50** can be varied to support different size bottles of wine (i.e., standard 750 ml, magnum 1.5 liter, half bottles 375 ml, champagne bottles, pinot noir bottles, etc.), and other characteristics of the wine rack **50** can be varied. Various embodiments of the invention will now be described.

As shown in FIG. 2, a wine rack **50** having **12** rows in this example is formed using a first and second frame element **52, 54** from which, for each row, a first and second support member **60, 62** extend perpendicularly therefrom. The system in FIG. 2 is adapted to support **3** wine bottles per row. The wine bottle to be stored is placed to rest on the first and second support members **60, 62** which are supported by the frame elements **52, 54**.

While FIG. 2 shows each row **58** adapted to support **3** bottles, it is understood that each row could be designed to support **1, 2, 3** or more bottles, depending on the implementation. As shown herein, a number of various configurations of the wine rack are possible depending on the particular implementation.

FIG. 3 illustrates a portion of an example of a wine rack **50** having a first and second frame element **52, 54** attached in parallel relation to a wall **56**. In FIG. 3, three rows **58** of wine bottles **64** are shown, wherein each row **58** supports two wine bottles **64**. On the top row, a first support member **60** extends perpendicularly from the first frame element **52** for supporting the necks **66** of the wine bottles in the top row, and a second support member **62** extends perpendicularly from the second frame element **54** for supporting a portion of the body **68** of the bottle **64**. The wine bottles of the top row are positioned with the rear bottle behind the front bottle, and can be arranged such that the label **70** of the front bottle may be visible to a person standing in front of the wine rack **50**. A portion of the label of the rear bottle of the top row may be visible to a person standing in front of the wine rack as well.

In the middle row of FIG. 3, a first support member **60** extends perpendicularly from the first frame element **52** for supporting the necks **66** of the wine bottles **64** in the middle row, and a second support member **62** extends perpendicularly from the second frame element **54** for supporting a portion of the body **68**. The wine bottles **64** of the middle row are positioned with the rear bottle behind the front bottle, and can be arranged such that the label **70** of the front bottle may be visible to a person standing in front of the wine rack. A portion of the label of the rear bottle of the middle row may be visible to a person standing in front of the wine rack as well.

In the bottom row of FIG. 3, a first support member **60** extends perpendicularly from the first frame element **52** for supporting the necks **66** of the wine bottles in the bottom row, and a second support member **62** extends perpendicularly from the second frame element **54** for supporting a portion of the body **68**. The wine bottles **64** of the bottom row are positioned with the rear bottle behind the front bottle, and can be arranged such that the label **70** of the front bottle may be visible to a person standing in front of the wine rack. A portion of the label of the rear bottle of the bottom row may be visible to a person standing in front of the wine rack as well. While FIG. 3 illustrates 3 rows in the rack **50**, it is understood that the number of rows in the wine rack is a matter of choice and can be greater or less than 3 rows, as desired.

FIG. 4 illustrates an example of a wine rack **50** that may be formed using embodiments of the present invention. As

**6**

shown in FIG. 4, three sets **80** of frame elements **52, 54** are attached in parallel to a wall **56** wherein each pair **80** of frame elements **52, 54** has fourteen pairs of support members extending therefrom, thereby providing a 42 bottle wine rack if each pair of support members supports a single bottle. As described above, the example of FIG. 4 may also be designed to support two or three wine bottles per pair of support members, thereby increasing the capacity of the example of FIG. 4 to 84 wine bottles or 126 wine bottles, depending upon the particular implementation.

FIG. 5 illustrates an example of a frame element or strip (**52** or **54**) having a plurality of holes **82** adapted to receive a support member rod **60, 62**, and a plurality of holes **84** for receiving a fastener **86** (not shown) to fasten the frame element **52, 54** to a surface such as a wall. In one example, the frame elements **52, 54** may be made from oil pickled ASTM A500 rectangular steel framework pieces.

For example, for each frame element or strip **52, 54**, there may be six pre-drilled points **84** for fasteners **86** which are used to secure the frame element to a surface such as a wall. In one example, each fastener **86** may be selected so as to support approximately twenty pounds, primarily in sheer or vertical force. The top fastener of a frame element **52, 54** typically experiences the greatest amount of horizontal force tending to pull the frame element from the wall or other surface, and accordingly, during installation, the top fastener of the frame element should be secured solidly between the frame element and the wall or other surface.

Different fasteners **86** may be used to secure the frame elements to a surface (i.e., a wall) and may vary based on the type of surface that the frame element is being attached. Although various fasteners or securing means **86** may be used to attach a frame element **52, 54** to a surface such as a wall, number **10** woodscrews, two inches long, along with spiral inserts or toggle bolts may be used with surfaces such as wood or drywall. For surfaces such as concrete or stucco over concrete, tapcons such as $\frac{3}{16}$ inch×$1\frac{3}{4}$ or $2\frac{1}{4}$ may be used, for example.

Also, while the first and second frame elements **52, 54** are shown as attaching to a wall, it is understood that they may be attached to some structure other than a wall or may be provided with legs to be supported from the floor, or may be supported from a ceiling.

As shown in the examples of FIGS. 2 and 6–11, the rows of a wine rack **50** may include a first and second support member **60, 62**. Depending on the configuration of the support members, each row can support one, two, three or more bottles of wine. A first support member **60** may be used to support a portion of the neck **66** of the wine bottle, and a second support member **62** may be used to support a portion of the body **68** of the wine bottle. These support members can take different shapes, as shown and described herein.

In one example and as shown in FIGS. 2 and 6, the first support member **60** is fixed on one end **90** to a portion of the first frame element **52**, and the first support member is free on the other end **92**. The first support member **60** has a recess or downwardly curved indentation **94** adapted to receive or support a portion of the neck **66** of the wine bottle, as shown in FIG. 6.

In one example, the second support member **62** is, on one end **100**, fixed to the second frame element **54**, and has a free end **102**. In FIG. 7, the second support member **62** has a recess or downwardly curved indentation **104** adapted for receiving or supporting a portion of the body portion **68** of the bottle. As shown in the example of FIGS. 2, 6 and 7, the

Exhibit 1
Page 21

7

recess 104 of the second support member 62 may be larger than the recess 94 of the first support member 60.

The first and second support members 60, 62 are positioned relative to one another along the frame elements 52, 54 such that a wine bottle 64 can be rested or positioned to rest on the respective recesses 94, 104 of the first and second support members 60, 62. In one example, the first and second support members 60, 62 are welded to the respective frame elements 52, 54 such that the support members extend perpendicularly from the frame elements.

In one example, the support members 60, 62 may be made using the high tensile ASTM A1018 cold rolled steel rods. Preferably, the support members 60, 62 are welded to the frame elements 52, 54 using arc welding (TIG) and/or gas metal arc welding (MIG) technologies, and a powder coating may be provided and baked on to the support members and frame elements for providing a durable and attractive finish, such a green, pewter, and may be further treated to provide a brushed steel appearance.

In one example, the free end 92, 102 of the one or both of the support members 60, 62 may be provided with a cap or rubber bumper to cover the free end of the support member.

In one example and as shown in FIGS. 2 and 10–11, the first and second support members 60, 62 each have three recesses (94 and 104) so that a wine rack 50 can support three wine bottles per row. Alternatively, the first and second support members may be provided with one recess (94 and 104) to support one bottle per row (see FIGS. 6–7), or may be provided with two recesses per support member as shown in FIGS. 8–9 to support two bottles per row (i.e., two recesses 94 on first support member 60 in FIG. 8, and two recesses 104 on second support member 62 in FIG. 9). As shown in the example of FIGS. 8–9, the recesses 94 of the first support member 60 may be smaller than the recesses 104 of the second support member 62.

The support members 60, 62 may be provided with recesses 94, 104. As shown in the examples of FIGS. 6–7, the support members 60, 62 may include a first end adapted 90, 100 to be attached in a perpendicular orientation to a vertically oriented frame portion 52, 54. A shaft portion 95 extends from the first end 90, 100 and a recess portion 94, 104 is coupled with the shaft portion 95. The recess portion 94, 104 supports a portion (such as the neck or body) of a wine bottle, and the recess portion 94, 104 may have a downwardly sloped or shaped portion 96 and an upwardly shaped portion 97, the downwardly shaped portion 96 being coupled with the shaft portion 95. As shown in FIGS. 6–7 and 12–21, the recess portions 94, 104 may be implemented as different shapes, such as U-shaped, V-shaped or other shapes.

As shown in FIGS. 6–7, the support members 60, 62 may also include an end portion 92, 102 coupled with the upwardly shaped portion 97 of the recess 94, 104, wherein the end portion 102 terminates on a distal end with an upwardly extending tip 98.

In another example in FIGS. 8–9, the support members 60, 62 may also include an intermediate portion 99 having a first end 101 and a second end 103, the first end 101 coupled with the upwardly shaped portion 97 of the recess portion 94, 104, and a second recess portion (also shown as 94, 104) having a downwardly sloped portion 105 and an upwardly shaped portion 106, the downwardly shaped portion 105 being coupled with the second end 103 of the intermediate portion 99. An end portion 107 may be coupled with the upwardly shaped portion 106 of the second recess, wherein the end portion terminates on a distal end with an upwardly extending tip 98.

8

Alternatively, as shown in FIGS. 10–11, the support members 60, 62 may include a second intermediate portion 108 having a first end 109 and a second end 111, the first end 109 coupled with the upwardly shaped portion 106 of the second recess portion, and a third recess portion (also shown as 94, 104) having a downwardly sloped portion 113 and an upwardly shaped portion 115, the downwardly shaped portion 113 being coupled with the second end 111 of the second intermediate portion 108. In this example, the support members 60, 62 may include an end portion 117 coupled with the upwardly shaped portion 115 of the third recess, wherein the end portion terminates on a distal end with an upwardly extending tip 98.

Because the support members 60, 62 may be designed to support a single bottle, two bottles deep, or three bottles deep, for example, various different configurations and capacities for wine racks can be made. For example, in a single deep design (i.e., one bottle per row), the rods 60, 62 holding the bottles 64 may be spaced four inches apart and may be five and a half inches long, in one example. Where the wine rack is designed for supporting two bottles per row (i.e., two bottles deep), the rods 60, 62 may be spaced four inches apart and may be eight and a half inches long each, in one example. Where the wine rack is a three bottle deep design (i.e., three bottles per row), the rods 60, 62 holding the bottles may be spaced four inches apart and be twelve inches long each, in one example.

The support members 60, 62 have a generally round or circular cross-section, or may have square, rectangular, triangular, or other differently shaped cross-sections. Further, the support members 60, 62 may take various shapes as shown in FIGS. 12–21. FIGS. 12–21 illustrate various different shapes that can be used when forming the support members 60 or 62 and the recesses (94 or 104) therein and may be used for supporting either a portion of the neck 66 or body 68 of a wine bottle 64. It is understood that these are by way of example only.

In FIG. 12, the support member (60 or 62) has a pair of recesses (94 or 104) that are defined by flat or straight sidewalls 110 and a flat or straight lower portion 112. In FIG. 13, each recess 94, 104 is defined by a circular or oval shape, while in FIG. 14 each recess 94, 104 is defined by straight sidewalls 114 that form an obtuse angle relative to the lower portion 116. In FIG. 15, each recess 94, 104 has straight sidewalls 118 and a curved lower portion 120, while in FIG. 16, each recess 94, 104 has angled sidewalls 122 and a curved lower portion 124. In FIG. 17, each recess 94, 104 is generally curved and between recesses, an upwardly curved portion connects 126 the first recess to the second recess. In FIG. 18, the portion 128 between the recesses is shaped so as to prevent a bottle from moving from the first recess to the second recess, and in this example, the height of the intermediate portion 128 is lower than the height of the end portions 130 of the support member.

In FIG. 19, each recess 94, 104 is defined by a first slanted or angled sidewall 132 joined to a flat lower portion 134 joined to a straight sidewall 136, while in FIG. 20, each recess 94, 104 has a front curved sidewall 138 and a curved lower portion 140 which joins to a straight rear sidewall 142. In both FIGS. 19 and 20, the front sidewall 132, 138 of each recess assists in placement of the bottle within the recess 94, 104. In FIG. 21, the recesses 94, 104 are generally V-shaped.

Embodiments of the present invention can be utilized to support wine bottles of differing sizes, including standard sized wine bottles of 750 ml, magnum sized wine bottles of 1.5 liters, and half bottles of 375 ml. Other wine bottle sizes may be supported utilizing embodiments of the present

Exhibit 1
Page 22

9

invention as well. For instance, 375 ml bottles are typically nine and a half inches long, and therefore ten to eleven inches per row can be allocated in a layout. For 750 ml bottles, which are typically twelve inches long, thirteen to fourteen inches per row may be allocated. For magnum 1.5 liter bottles which are typically fourteen inches long, fifteen to sixteen inches per row may be allocated.

As an example of a layout for a wine rack 50 for supporting standard 750 ml bottles on a wall 56 that is eleven and a half feet long, eleven and a half feet (which is 132 inches) divided by thirteen inches per row yields 10.15. This means that ten sets 80 of racks may be utilized with approximately one inch extra on each end of each rack. Starting from the left side of the wall, a frame element 54 may be coupled with a support member 62 for supporting the larger end of the wine bottle should be placed a minimum of three inches from the end of the wall, and the next frame element 52 adapted for receiving the support member 60 (for supporting the neck of the bottle) should be placed seven and a half inches from the frame element 54 for a standard 750 ml bottle. For a 375 ml bottle, the distance may be six inches from the first strip; and for a 1.5 liter bottle, the distance may be ten inches from the first strip. For the second set 80 of frame elements positioned on the wall, a frame element 54 of this second set may be placed five and a half to six and a half inches for a standard 750 ml bottle from the frame element 52 of the first set of frame elements, for example (and for a 375 ml bottle, four to five inches from the frame element 52 of the first set 80 of frame elements; and for a 1.5 liter bottle, the distance may be five to six inches from the frame element 52 of the first set of frame elements). In this example, these dimensions are referenced from the center of a frame element to the center of the next frame element.

While FIG. 2 illustrates the frame elements 52, 54 aligned vertically with respect to the wall 56 or other surface, a wine rack 50 may be formed wherein the frame elements 52, 54 may be positioned in non-vertical orientations. FIG. 22 illustrates another embodiment wherein the frame elements 52, 54 are mounted to a surface 56 at an angle.

Further, in place of first and second frame elements 52, 54 as shown in FIG. 2, a wine rack 50 may be formed using a single unitary frame element 150 having a first and second portion 52, 54 for respectively receiving the first support member 60 and the second support member 62, as shown in FIG. 23, or a surface 152 may be used as shown in FIG. 24 for receiving securably the first and second support members 60, 62 of a row of a wine rack in accordance with embodiments of the present invention. The surface 152 may be integral to a wall 56 or may attach to a wall 56.

Further, a wine rack 50 may be formed using embodiments of the present invention that attaches to the ceiling 160 of a room. For instance and as shown in FIG. 25, a first pair of frame elements (including first and second frame elements 52A, 54A) can be secured to a ceiling joist or an I-beam and suspended therefrom. In this way, a wine rack can be formed that gives the appearance of hanging down from the ceiling. If desired, a second pair of frame elements 52B, 54B can also be secured from ceiling structures and this second pair of frame elements 52B, 54B can be securably attached to the back or rear of the first pair 52A, 54A of frame elements so as to create a two-sided wine rack suspended from a ceiling.

In another embodiment, a band may be included to secure a wine bottle to one or more of the support members 60, 62, such as a band that would extend over and across the wine

10

bottle. This would secure the wine bottle 64 in the rack 50 to prevent the bottle from moving during a small earthquake or other disturbance.

Accordingly, it can be seen from the various embodiments shown and described herein that when compared with conventional wine racking systems—such as wood wine racks where the bottle is positioned axially within a compartment of the racking—embodiments of the present invention provide for improved air circulation around each bottle, as well as provide easy viewing of the labels of bottles in the rack 50.

All directional references used herein (e.g., upper, lower, upward, downward, left, right, leftward, rightward, top, bottom, above, below, vertical, horizontal, clockwise, and counterclockwise) are only used for identification purposes to aid the reader's understanding of the present invention, and do not create limitations, particularly as to the position, orientation, or use of the invention.

While the invention has been particularly shown and described with reference to various embodiments thereof, it will be understood by those skilled in the art that various other changes in the form and details may be made without departing from the spirit and scope of the invention.

What is claimed is:

1. A wine rack for attachment to a wall, comprising:
   a first frame element for attachment to the wall;
   a first support member having a fixed end and a free end, the fixed end of the first support member attached to the first frame element, the first support member extending substantially perpendicularly from the first frame element, the first support member having a recess portion for supporting a first portion of a wine bottle;
   a second frame element for attachment to a wall, the second frame element in a substantially parallel relationship with the first frame element; and
   a second support member having a fixed end and a free end, the fixed end of the second support member attached to the second frame element, the second support member extending substantially perpendicularly from the second frame element, the second support member having a recess portion for supporting a second portion of the wine bottle,
   the recess portion of the second support member being larger than the recess portion of the first support member,
   wherein the first and second support members are rods, the first and second support members being configured to support the wine bottle in a substantially parallel relation to the wall.

2. The wine rack of claim 1,
   wherein the first support member further comprises a second recess portion for supporting a first portion of a second wine bottle; and
   wherein the second support member further comprises a second recess portion for supporting a second portion of a second wine bottle.

3. The wine rack of claim 2,
   wherein the first support member further comprises a third recess portion for supporting a first portion of a third wine bottle; and
   wherein the second support member further comprises a third recess portion for supporting a second portion of a third wine bottle.

4. A wine rack for mounting on a wall surface, comprising:
   a first pair of support members including a first and a second support member configured to support at least a

Exhibit 1
Page 23

US 6,991,117 B2

11

first and a second wine bottle in a first horizontal row and in a substantially parallel relation to the wall surface, the first support member having a first recess for supporting a portion of the first wine bottle and a second recess for supporting a portion of the second wine bottle, the second support member having a first recess for supporting a portion of the first wine bottle and a second recess for supporting a portion of the second wine bottle,

wherein the first recess of the first support member is smaller than the first recess of the second support member, wherein the second recess of the first support member is smaller than the second recess of the second support member, wherein the second bottle is positionable proximate the wall surface, and wherein the label of the first wine bottle is visible to a person standing in front of the wine rack; and

a second pair of support members including a third and a fourth support member configured to support at least a third and a fourth wine bottle in a second horizontal row and in a substantially parallel relation to the wall surface, the third support member having a first recess

12

for supporting a portion of the third wine bottle and a second recess for supporting a portion of the fourth wine battle, the fourth support member having a first recess for supporting a portion of the third wine bottle and a second recess for supporting a portion of the fourth wine bottle,

wherein the first recess of the third support member is smaller than the first recess of the fourth support member, wherein the second recess of the third support member is smaller than the second recess of the fourth support member, wherein the fourth bottle is positionable proximate the wall surface, and wherein the label of the third wine bottle is visible to the person standing in front of the wine rack.

5. The wine rack of claim 4, wherein the first pair of support members extends perpendicularly relative to the wall surface.

6. The wine rack of claim 4, wherein the second pair of support members extends perpendicularly relative to the wall surface.

\*   \*   \*   \*   \*

Exhibit 1
Page 24

# EXHIBIT 2

US007850017B2

(12) **United States Patent**
McCain

(10) **Patent No.:** **US 7,850,017 B2**
(45) **Date of Patent:** *Dec. 14, 2010**

(54) **WINE RACK**

(75) Inventor: **Doug McCain**, Castle Rock, CO (US)

(73) Assignee: **Wine Master Cellars LLLP**, Denver, CO (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 360 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/314,575**

(22) Filed: **Dec. 20, 2005**

(65) **Prior Publication Data**

US 2006/0096936 A1       May 11, 2006

**Related U.S. Application Data**

(63) Continuation of application No. 10/615,638, filed on Jul. 8, 2003, now Pat. No. 6,991,117.

(60) Provisional application No. 60/394,623, filed on Jul. 8, 2002.

(51) **Int. Cl.**
*A47B 73/00*       (2006.01)

(52) **U.S. Cl.** ....................................... **211/74**

(58) **Field of Classification Search** .................. 211/75, 211/181.1, 90.03, 70.6, 54.1, 57.1, 59.1, 211/74

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D30,331 S | 3/1899 | Walker | |
| 2,018,002 A | 10/1935 | Avery | |
| 2,527,796 A | 10/1950 | Clute | |
| 2,558,611 A | 6/1951 | Emmart | |
| 3,160,278 A | 12/1964 | Varkala | |
| 3,285,426 A | 11/1966 | Wilcke | |
| 3,606,023 A | 9/1971 | Edmunds | |
| 3,746,179 A * | 7/1973 | Paumgardhen | ............... 211/75 |
| D232,284 S | 8/1974 | Shuck | |
| 3,870,155 A | 3/1975 | Galloway | |
| D243,738 S | 3/1977 | Johnson | |
| 4,094,415 A | 6/1978 | Larson | |

(Continued)

FOREIGN PATENT DOCUMENTS

DE       2835264       2/1980

(Continued)

*Primary Examiner*—Sarah Purol
(74) *Attorney, Agent, or Firm*—Sheridan Ross P.C.

(57)       **ABSTRACT**

A wine rack for mounting on a wall or other surface, the wine rack including at least a first and second pair of support members. In one embodiment, the first pair of support members may support at least a first and a second wine bottle in a substantially parallel relation to the wall, wherein the second bottle is positionable proximate the wall, and wherein the label of the first wine bottle is visible to a person standing in front of the wine rack. The second pair of support members may support at least a third and a fourth wine bottle in a substantially parallel relation to the wall, wherein the fourth bottle is positionable proximate the wall, and wherein the label of the third wine bottle is visible to the person standing in front of the wine rack. In one example, a pair of frame elements may be attached to the support members in order to mount the support members to the wall.

**7 Claims, 10 Drawing Sheets**



**Exhibit 2**
**Page 25**

## US 7,850,017 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,109,795 | A | 8/1978 | Konigsford et al. |
| 4,285,449 | A | 8/1981 | Campos |
| D260,463 | S | 9/1981 | Imus |
| D273,647 | S | 5/1984 | Kandarian |
| 4,577,765 | A * | 3/1986 | Crosby ...................... 211/75 |
| 4,660,727 | A | 4/1987 | Levine |
| 4,795,038 | A * | 1/1989 | Johnson ...................... 211/74 |
| 4,863,131 | A * | 9/1989 | Kinseley ............... 248/220.41 |
| 4,905,846 | A | 3/1990 | Calvert |
| 4,944,415 | A * | 7/1990 | Orbach ...................... 211/75 |
| 4,998,631 | A | 3/1991 | Fridjhon |
| 5,014,949 | A | 5/1991 | Niven |
| D351,535 | S | 10/1994 | Renegar |
| 5,567,029 | A * | 10/1996 | Haenisch et al. ......... 312/405.1 |
| D376,299 | S | 12/1996 | Audet |
| 5,597,150 | A | 1/1997 | Stein et al. |
| D378,888 | S | 4/1997 | Bertilsson |
| D383,364 | S | 9/1997 | Goodman |
| D386,363 | S | 11/1997 | Dardashti |

| | | | |
|---|---|---|---|
| D399,710 | S | 10/1998 | Brown |
| 5,826,731 | A | 10/1998 | Dardashti |
| 5,836,460 | A * | 11/1998 | Brown et al. .................. 211/74 |
| 5,897,003 | A * | 4/1999 | Muhlack ...................... 211/75 |
| 6,050,426 | A | 4/2000 | Leurdijk |
| RE36,827 | E * | 8/2000 | Belokin et al. ............... 211/75 |
| 6,386,379 | B1 * | 5/2002 | Battaglia ................... 211/106 |
| 6,612,448 | B2 | 9/2003 | Plutsky |
| 7,322,482 | B2 * | 1/2008 | Caradonna .................. 211/74 |
| 7,350,647 | B2 * | 4/2008 | Haller et al. ................. 211/75 |
| 2005/0211648 | A1 * | 9/2005 | Haller et al. .................. 211/75 |
| 2006/0065612 | A1 * | 3/2006 | Gonneville .................. 211/75 |
| 2007/0210022 | A1 * | 9/2007 | Bianchini .................... 211/75 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| FR | 2333469 | 7/1977 |
| GB | 146 | 0/1901 |
| GB | 1031205 | 6/1966 |
| GB | 2221149 | 1/1990 |

* cited by examiner

Exhibit 2
Page 26



# FIG.1

## PRIOR ART

Exhibit 2
Page 27



FIG.2

Exhibit 2
Page 28



FIG.3

**Exhibit 2**
**Page 29**



FIG.4

Exhibit 2
Page 30

Case 2:11-cv-01543-ABC-PLA   Document 1   Filed 02/22/11   Page 33 of 59   Page ID #:37



FIG.5

**Exhibit 2**
**Page 31**



FIG.6

FIG.7

FIG.8

Exhibit 2
Page 32



FIG.9



FIG.10



FIG.11

Exhibit 2
Page 33



FIG.12

FIG.13

FIG.14

FIG.15

FIG.16

FIG.17

FIG.18

Exhibit 2
Page 34



FIG.19

FIG.20

FIG.21

FIG.22

FIG.23

FIG.24

Exhibit 2
Page 35



FIG.25

Exhibit 2
Page 36

US 7,850,017 B2

1

# WINE RACK

## CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation patent application of U.S. patent application Ser. No. 10/615,638, filed Jul. 8, 2003 and entitled "Wine Rack"; which claims the benefit under 35 U.S.C. 119(e) of U.S. provisional patent application No. 60/394,623, filed Jul. 8, 2002 and entitled "Wine Rack"; the disclosures of which are hereby incorporated herein by reference in their entireties.

## FIELD OF THE INVENTION

The present invention relates, in general, to wine racks and wine racking devices.

## BACKGROUND OF THE INVENTION

Conventionally, wine racks are used in wine cellars or other wine storage areas to store numerous bottles of wine in a desired area. In one example of a conventional wine rack 30 shown in FIG. 1, the bottles of wine are supported along the length of the bottle within a grid of generally rectangular cavities 32 stacked upon and next to each other, each rectangular cavity typically formed by pairs of parallel wood supports 34, 36 held in position by front and rear frame structures. In this example of a conventional wine rack, the wine rack is typically configured such that user places a bottle 38 of wine lengthwise within one of the rectangular cavities such that when the rack is full of wine bottles, only the top ends 40 (i.e., where the foil is wrapped around the top end) of the wine bottles 38 are generally visible when viewing the wine rack—and the labels on the wine bottle are not generally visible by the user. As such, in order to determine which type of wine (e.g., varietal/grape type, winery name, vintage/year, etc.) is stored in a particular cavity 32 of such a wine rack, the user may need to remove the bottle from the wine rack in order to view the label on the bottle.

As recognized by the present inventor, what is needed is a wine rack that provides storage for numerous wine bottles while permitting the user to view the label of the bottle of wine as the wine bottle rests in the wine rack.

It is against this background that various embodiments of the present invention were developed.

## SUMMARY OF THE INVENTION

In light of the above and according to one broad aspect of one embodiment of the invention, disclosed herein is a wine rack that permits a user to view the wine labels on the bottles as the bottles sit in the rack. Various configurations of wine racks may be formed using embodiments of the present invention.

According to one broad aspect of one embodiment of the present invention, disclosed herein is a wine rack for attachment to a wall or other surface. In one example, the wine rack may include a first frame element for attachment to the wall; a first support member extending perpendicularly from the first frame element, the first support member having a recess portion for supporting a first portion of a wine bottle (i.e., a portion of the neck); a second frame element for attachment to a wall; and a second support member extending perpendicularly from the second frame element, the second support member having a recess portion for supporting a second portion of a wine bottle (i.e., a portion of the body of the

2

bottle). When the wine bottle is placed in the rack, the label of the wine bottle may be seen and read by person standing in front of the wine rack.

In one embodiment, the first support member may include a second recess portion for supporting a first portion of a second wine bottle. The second support member may include a second recess portion for supporting a second portion of the second wine bottle. In another example, the first support member may include a third recess portion for supporting a first portion of a third wine bottle, and the second support member may include a third recess portion for supporting a second portion of a third wine bottle. The first and second support members may be formed from steel rods. In one example, the first and second frame elements may be positioned in a parallel relation to each other. The recess portion of the support members may take many different shapes such as U-shaped, V-shaped or other shapes.

According to another broad aspect of another embodiment of the invention, disclosed herein is a wine rack for mounting on a wall or other surface, the wine rack including at least a first and second pair of support members. In one embodiment, the first pair of support members may support at least a first and a second wine bottle in a substantially parallel relation to the wall, wherein the second bottle is positionable proximate the wall, and wherein the label of the first wine bottle is visible to a person standing in front of the wine rack. The second pair of support members may support at least a third and a fourth wine bottle in a substantially parallel relation to the wall, wherein the fourth bottle is positionable proximate the wall, and wherein the label of the third wine bottle is visible to the person standing in front of the wine rack.

In one example, the first pair of support members may extend perpendicularly relative to the wall surface, each of said first pair of support members having a first recess for supporting a portion of the first wine bottle and a second recess for supporting a portion of the second wine bottle. In another example, the second pair of support members may extend perpendicularly relative to the wall surface, each of said second support members having a first recess for supporting a portion of the third wine bottle and a second recess for supporting a portion of the fourth wine bottle.

According to another broad aspect of another embodiment of the invention, disclosed herein is a support member for a wine rack having a vertically oriented frame portion. In one embodiment, the support member may include a first end adapted to be attached in a perpendicular orientation to the vertically oriented frame portion; a shaft portion extending from the first end; and a recess portion for supporting a portion (such as the neck or body) of a wine bottle, the recess portion having a downwardly sloped portion and an upwardly shaped portion, the downwardly shaped portion being coupled with the shaft portion.

In one example, the support member may be a steel rod, and may have a round cross section. The recess portion may be implemented as a U-shape, V-shape or other shapes.

In another example, the support member may also include an end portion coupled with the upwardly shaped portion of the recess, wherein the end portion terminates on a distal end with an upwardly extending tip.

In another example, the support member may also include an intermediate portion having a first end and a second end, the first end coupled with the upwardly shaped portion of the recess portion, and a second recess portion having a downwardly sloped portion and an upwardly shaped portion, the downwardly shaped portion being coupled with the second end of the intermediate portion. An end portion may be

**Exhibit 2**

**Page 37**

US 7,850,017 B2

**3**

coupled with the upwardly shaped portion of the second recess, wherein the end portion terminates on a distal end with an upwardly extending tip.

Alternatively, the support member may include a second intermediate portion having a first end and a second end, the first end coupled with the upwardly shaped portion of the second recess having a downwardly sloped portion and a downwardly sloped portion and an upwardly shaped portion, the downwardly shaped portion being coupled with the second end of the second intermediate portion. In this example, the support member may include an end portion coupled with the upwardly shaped portion of the third recess, wherein the end portion terminates on a distal end with an upwardly extending tip.

Other embodiments of the invention are disclosed herein. The foregoing and other features, utilities and advantages of various embodiments of the invention will be apparent from the following more particular description of the various embodiments of the invention as illustrated in the accompanying drawings and claims.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates an example of a conventional wine rack.

FIG. **2** illustrates an example of a wine rack, in accordance with an embodiment of the present invention.

FIG. **3** illustrates another example of a wine rack with wine bottles resting therein with the labels of the bottles visible, in accordance with an embodiment of the present invention.

FIG. **4** illustrates another example of a wine rack with wine bottles resting therein with the labels of the bottles visible, in accordance with an embodiment of the present invention.

FIG. **5** illustrates an example of a frame element, in accordance with an embodiment of the present invention.

FIG. **6** illustrates an example of a support member for supporting a portion of a neck of a wine bottle, in accordance with an embodiment of the present invention.

FIG. **7** illustrates an example of a support member for supporting a portion of a body of a wine bottle, in accordance with an embodiment of the present invention.

FIG. **8** illustrates another embodiment of a support member of FIG. **6**, for supporting the neck portions of two bottles of wine, in accordance with an embodiment of the present invention.

FIG. **9** illustrates an example of a support member of FIG. **7**, for supporting the body portions of two bottles of wine, in accordance with an embodiment of the present invention.

FIG. **10** illustrates another example of a support member of FIG. **6**, for supporting the neck portions of three bottles of wine, in accordance with an embodiment of the present invention.

FIG. **11** illustrates another example of a support member of FIG. **7**, for supporting the body portions of three bottles of wine, in accordance with an embodiment of the present invention.

FIG. **12** illustrates another embodiment of a support member, in accordance with an embodiment of the present invention.

FIG. **13** illustrates another embodiment of a support member, in accordance with an embodiment of the present invention.

FIG. **14** illustrates another embodiment of a support member, in accordance with an embodiment of the present invention.

FIG. **15** illustrates another embodiment of a support member, in accordance with an embodiment of the present invention.

**4**

FIG. **16** illustrates another embodiment of a support member, in accordance with an embodiment of the present invention.

FIG. **17** illustrates another embodiment of a support member, in accordance with an embodiment of the present invention.

FIG. **18** illustrates another embodiment of a support member, in accordance with an embodiment of the present invention.

FIG. **19** illustrates another embodiment of a support member, in accordance with an embodiment of the present invention.

FIG. **20** illustrates another embodiment of a support member, in accordance with an embodiment of the present invention.

FIG. **21** illustrates another embodiment of a support member, in accordance with an embodiment of the present invention.

FIG. **22** illustrates a wine rack wherein the frame elements are attached at an angle to the wall or surface, in accordance with an embodiment of the present invention.

FIG. **23** illustrates a wine rack wherein the frame elements are interconnected, in accordance with an embodiment of the present invention.

FIG. **24** illustrates a wine rack wherein the support members are connected to a support surface in lieu of frame elements, in accordance with an embodiment of the present invention.

FIG. **25** illustrates a wine rack wherein the frame elements are connected to a ceiling, in accordance with an embodiment of the present invention.

DETAILED DESCRIPTION

According to one embodiment of the present invention, disclosed herein is a wine rack for supporting multiple bottles of wine for storage in a manner that allows for the labels of one or more bottles stored in the rack to be visible to a person viewing the wine rack. Various different configurations of wine racks are possible, and the wine racks may be formed by attachment to walls, ceilings, or other surfaces or structures.

As shown in the accompanying drawings such as FIG. **2**, a wine rack **50** may include a first frame element **52** and a second frame element **54**, wherein, in one example, the first and second frame elements are adapted to be secured to a wall **56** or other surface, preferably positioned vertically along the wall surface **56** in a parallel arrangement to one another. Various rows **58** of the wine rack **50** are formed, wherein each row **58** has at least a first and second support member **60**, **62**, preferably each support member **60**, **62** attached to and extending perpendicularly from a respective frame element **52**, **54**.

Each pair of the support members **60**, **62** in a row **58** support at least one bottle of wine (and may support two or three or more bottles of wine as shown below) in a generally horizontal position and in a parallel relation to the wall surface **56** so that the labels of one or more bottles (i.e., the front-most bottle stored in each row) stored in the rack **50** are visible to a person viewing the wine rack. Hence, a user of the wine rack **50** can easily see the labels of many, and possibly all, of the bottles of wine stored in the wine rack. Using the frame elements **52**, **54** and support members **60**, **62**, various different configurations of wine racks **50** are possible—for instance, the size (i.e., capacity) of the rack **50** can be varied, the number of rows can be varied, the number of bottles per row can be varied, the rack **50** can be varied to support different size bottles of wine (i.e., standard 750 ml, magnum

Exhibit 2
Page 38

5

1.5 liter, half bottles 375 ml, champagne bottles, pinot noir bottles, etc.), and other characteristics of the wine rack 50 can be varied. Various embodiments of the invention will now be described.

As shown in FIG. 2, a wine rack 50 having 12 rows in this example is formed using a first and second frame element 52, 54 from which, for each row, a first and second support member 60, 62 extend perpendicularly therefrom. The system in FIG. 2 is adapted to support 3 wine bottles per row. The wine bottle to be stored is placed to rest on the first and second support members 60, 62 which are supported by the frame elements 52, 54.

While FIG. 2 shows each row 58 adapted to support 3 bottles, it is understood that each row could be designed to support 1, 2, 3 or more bottles, depending upon the implementation. As shown herein, a number of various configurations of the wine rack are possible depending on the particular implementation.

FIG. 3 illustrates a portion of an example of a wine rack 50 having a first and second frame element 52, 54 attached in parallel relation to a wall 56. In FIG. 3, three rows 58 of wine bottles 64 are shown, wherein each row 58 supports two wine bottles 64. On the top row, a first support member 60 extends perpendicularly from the first frame element 52 for supporting the necks 66 of the wine bottles in the top row, and a second support member 62 extends perpendicularly from the second frame element 54 for supporting a portion of the body 68 of the bottle 64. The wine bottles of the top row are positioned with the rear bottle behind the front bottle, and can be arranged such that the label 70 of the front bottle may be visible to a person standing in front of the wine rack 50. A portion of the label of the rear bottle of the top row may be visible to a person standing in front of the wine rack as well.

In the middle row of FIG. 3, a first support member 60 extends perpendicularly from the first frame element 52 for supporting the necks 66 of the wine bottles 64 in the middle row, and a second support member 62 extends perpendicularly from the second frame element 54 for supporting a portion of the body 68. The wine bottles 64 of the middle row are positioned with the rear bottle behind the front bottle, and can be arranged such that the label 70 of the front bottle may be visible to a person standing in front of the wine rack. A portion of the label of the rear bottle of the middle row may be visible to a person standing in front of the wine rack as well.

In the bottom row of FIG. 3, a first support member 60 extends perpendicularly from the first frame element 52 for supporting the necks 66 of the wine bottles in the bottom row, and a second support member 62 extends perpendicularly from the second frame element 54 for supporting a portion of the body 68. The wine bottles 64 of the bottom row are positioned with the rear bottle behind the front bottle, and can be arranged such that the label 70 of the front bottle may be visible to a person standing in front of the wine rack. A portion of the label of the rear bottle of the bottom row may be visible to a person standing in front of the wine rack as well. While FIG. 3 illustrates 3 rows in the rack 50, it is understood that the number of rows in the wine rack is a matter of choice and can be greater or less than 3 rows, as desired.

FIG. 4 illustrates an example of a wine rack 50 that may be formed using embodiments of the present invention. As shown in FIG. 4, three sets 80 of frame elements 52, 54 are attached in parallel to a wall 56 wherein each pair 80 of frame elements 52, 54 has fourteen pairs of support members extending therefrom, thereby providing a 42 bottle wine rack if each pair of support members supports a single bottle. As described above, the example of FIG. 4 may also be designed to support two or three wine bottles per pair of support mem-

6

bers, thereby increasing the capacity of the example of FIG. 4 to 84 wine bottles or 126 wine bottles, depending upon the particular implementation.

FIG. 5 illustrates an example of a frame element or strip (52 or 54) having a plurality of holes 82 adapted to receive a support member rod 60, 62, and a plurality of holes 84 for receiving a fastener 86 (not shown) to fasten the frame element 52, 54 to a surface such as a wall. In one example, the frame elements 52, 54 may be made from oil pickled ASTM A500 rectangular steel framework pieces.

For example, for each frame element or strip 52, 54, there may be six pre-drilled points 84 for fasteners 86 which are used to secure the frame element to a surface such as a wall. In one example, each fastener 86 may be selected so as to support approximately twenty pounds, primarily in sheer or vertical force. The top fastener of a frame element 52, 54 typically experiences the greatest amount of horizontal force tending to pull the frame element from the wall or other surface, and accordingly, during installation, the top fastener of the frame element should be secured solidly between the frame element and the wall or other surface.

Different fasteners 86 may be used to secure the frame elements to a surface (i.e., a wall) and may vary based on the type of surface that the frame element is being attached. Although various fasteners or securing means 86 may be used to attach a frame element 52, 54 to a surface such as a wall, number 10 woodscrews, two inches long, along with spiral inserts or toggle bolts may be used with surfaces such as wood or drywall. For surfaces such as concrete or stucco over concrete, tapcons such as $\frac{3}{16}$ inch×1$\frac{3}{4}$ or 2$\frac{1}{4}$ may be used, for example.

Also, while the first and second frame elements 52, 54 are shown as attaching to a wall, it is understood that they may be attached to some structure other than a wall or may be provided with legs to be supported from the floor, or may be supported from a ceiling.

As shown in the examples of FIGS. 2 and 6-11, the rows of a wine rack 50 may include a first and second support member 60, 62. Depending on the configuration of the support members, each row can support one, two, three or more bottles of wine. A first support member 60 may be used to support a portion of the neck 66 of the wine bottle, and a second support member 62 may be used to support a portion of the body 68 of the wine bottle. These support members can take different shapes, as shown and described herein.

In one example and as shown in FIGS. 2 and 6, the first support member 60 is fixed on one end 90 to a portion of the first frame element 52, and the first support member is free on the other end 92. The first support member 60 has a recess or downwardly curved indentation 94 adapted to receive or support a portion of the neck 66 of the wine bottle, as shown in FIG. 6.

In one example, the second support member 62 is, on one end 100, fixed to the second frame element 54, and has a free end 102. In FIG. 7, the second support member 62 has a recess or downwardly curved indentation 104 adapted for receiving or supporting a portion of the body portion 68 of the bottle.

The first and second support members 60, 62 are positioned relative to one another along the frame elements 52, 54 such that a wine bottle 64 can be rested or positioned to rest on the respective recesses 94, 104 of the first and second support members 60, 62. In one example, the first and second support members 60, 62 are welded to the respective frame elements 52, 54 such that the support members extend perpendicularly from the frame elements.

In one example, the support members 60, 62 may be made using the high tensile ASTM A1018 cold rolled steel rods.

Exhibit 2
Page 39

7

Preferably, the support members 60, 62 are welded to the frame elements 52, 54 using gas tungsten ark welding (TIG) and/or gas metal arc welding (MIG) technologies, and a powder coating may be provided and baked on to the support members and frame elements for providing a durable and attractive finish, such a green, pewter, and may be further treated to provide a brushed steel appearance.

In one example, the free end 92, 102 of the one or both of the support members 60, 62 may be provided with a cap or rubber bumper to cover the free end of the support member.

In one example and as shown in FIGS. 2 and 10-11, the first and second support members 60, 62 each have three recesses (94 and 104) so that a wine rack 50 can support three wine bottles per row. Alternatively, the first and second support members may be provided with one recess (94 and 104) to support one bottle per row (see FIGS. 6-7), or may be provided with two recesses (94 and 104) per support member as shown in FIGS. 8-9 to support two bottles per row.

The support members 60, 62 may be provided with recesses 94, 104. As shown in the examples of FIGS. 6-7, the support members 60, 62 may include a first end adapted 90, 100 to be attached in a perpendicular orientation to a vertically oriented frame portion 52, 54. A shaft portion 95 extends from the first end 90, 100 and a recess portion 94, 104 is coupled with the shaft portion 95. The recess portion 94, 104 supports a portion (such as the neck or body) of a wine bottle, and the recess portion 94, 104 may have a downwardly sloped or shaped portion 96 and an upwardly shaped portion 97, the downwardly shaped portion 96 being coupled with the shaft portion 95. As shown in FIGS. 6-7 and 12-21, the recess portions 94, 104 may be implemented as different shapes, such as U-shaped, V-shaped or other shapes.

As shown in FIGS. 6-7, the support members 60, 62 may also include an end portion 92, 102 coupled with the upwardly shaped portion 97 of the recess 94, 104, wherein the end portion 102 terminates on a distal end with an upwardly extending tip 98.

In another example of FIGS. 8-9, the support members 60, 62 may also include an intermediate portion 99 having a first end 101 and a second end 103, the first end 101 coupled with the upwardly shaped portion 97 of the recess portion 94, 104, and a second recess portion (also shown as 94, 104) having a downwardly sloped portion 105 and an upwardly shaped portion 106, the downwardly shaped portion 105 being coupled with the second end 103 of the intermediate portion 99. An end portion 107 may be coupled with the upwardly shaped portion 106 of the second recess, wherein the end portion terminates on a distal end with an upwardly extending tip 98.

Alternatively, as shown in FIGS. 10-11, the support members 60, 62 may include a second intermediate portion 108 having a first end 109 and a second end 111, the first end 109 coupled with the upwardly shaped portion 106 of the second recess portion, and a third recess portion (also shown as 94, 104) having a downwardly sloped portion 113 and an upwardly shaped portion 115, the downwardly shaped portion 113 being coupled with the second end 111 of the second intermediate portion 108. In this example, the support members 60, 62 may include an end portion 117 coupled with the upwardly shaped portion 115 of the third recess, wherein the end portion terminates on a distal end with an upwardly extending tip 98.

Because the support members 60, 62 may be designed to support a single bottle, two bottles deep, or three bottles deep, for example, various different configurations and capacities for wine racks can be made. For example, in a single deep design (i.e., one bottle per row), the rods 60, 62 holding the

8

bottles 64 may be spaced four inches apart and may be five and a half inches long, in one example. Where the wine rack is designed for supporting two bottles per row (i.e., two bottles deep), the rods 60, 62 may be spaced four inches apart and may be eight and a half inches long each, in one example. Where the wine rack is a three bottle deep design (i.e., three bottles per row), the rods 60, 62 holding the bottles may be spaced four inches apart and be twelve inches long each, in one example.

The support members 60, 62 have a generally round or circular cross-section, or may have square, rectangular, triangular, or other differently shaped cross-sections. Further, the support members 60, 62 may take various shapes as shown in FIGS. 12-21. FIGS. 12-21 illustrate various different shapes that can be used when forming the support members 60 or 62 and the recesses (94 or 104) therein and may be used for supporting either a portion of the neck 66 or body 68 of a wine bottle 64. It is understood that these are by way of example only.

In FIG. 12, the support member (60 or 62) has a pair of recesses (94 or 104) that are defined by flat or straight sidewalls 110 and a flat or straight lower portion 112. In FIG. 13, each recess 94, 104 is defined by a circular or oval shape, while in FIG. 14 each recess 94, 104 is defined by straight sidewalls 114 that form an obtuse angle relative to the lower portion 116. In FIG. 15, each recess 94, 104 has straight sidewalls 118 and a curved lower portion 120, while in FIG. 16, each recess 94, 104 has angled sidewalls 122 and a curved lower portion 124. In FIG. 17, each recess 94, 104 is generally curved and between recesses, an upwardly curved portion connects 126 the first recess to the second recess. In FIG. 18, the portion 128 between the recesses is shaped so as to prevent a bottle from moving from the first recess to the second recess, and in this example, the height of the intermediate portion 128 is lower than the height of the end portions 130 of the support member.

In FIG. 19, each recess 94, 104 is defined by a first slanted or angled sidewall 132 joined to a flat lower portion 134 joined to a straight sidewall 136, while in FIG. 20, each recess 94, 104 has a front curved sidewall 138 and a curved lower portion 140 which joins to a straight rear sidewall 142. In both FIGS. 19 and 20, the front sidewall 132, 138 of each recess assists in placement of the bottle within the recess 94, 104. In FIG. 21, the recesses 94, 104 are generally V-shaped.

Embodiments of the present invention can be utilized to support wine bottles of differing sizes, including standard sized wine bottles of 750 ml, magnum sized wine bottles of 1.5 liters, and half bottles of 375 ml. Other wine bottle sizes may be supported utilizing embodiments of the present invention as well. For instance, 375 ml bottles are typically nine and a half inches long, and therefore ten to eleven inches per row can be allocated in a layout. For 750 ml bottles, which are typically twelve inches long, thirteen to fourteen inches per row may be allocated. For magnum 1.5 liter bottles which are typically fourteen inches long, fifteen to sixteen inches per row may be allocated.

As an example of a layout for a wine rack 50 for supporting standard 750 ml bottles on a wall 56 that is eleven and a half feet long, eleven and a half feet (which is 132 inches) divided by thirteen inches per row yields 10.15. This means that ten sets 80 of racks may be utilized with approximately one inch extra on each end of each rack. Starting from the left side of the wall, a frame element 54 may be coupled with a support member 62 for supporting the larger end of the wine bottle should be placed a minimum of three inches from the end of the wall, and the next frame element 52 adapted for receiving the support member 60 (for supporting the neck of the bottle)

Exhibit 2
Page 40

9

should be placed seven and a half inches from the frame element **54** for a standard 750 ml bottle. For a 375 ml bottle, the distance may be six inches from the first strip; and for a 1.5 liter bottle, the distance may be ten inches from the first strip. For the second set **80** of frame elements positioned on the wall, a frame element **54** of this second set may be placed five and a half to six and a half inches for a standard 750 ml bottle from the frame element **52** of the first set of frame elements, for example (and for a 375 ml bottle, four to five inches from the frame element **52** of the first set **80** of frame elements; and for a 1.5 liter bottle, the distance may be five to six inches from the frame element **52** of the first set of frame elements). In this example, these dimensions are referenced from the center of a frame element to the center of the next frame element.

While FIG. 2 illustrates the frame elements **52, 54** aligned vertically with respect to the wall **56** or other surface, a wine rack **50** may be formed wherein the frame elements **52, 54** may be positioned in non-vertical orientations. FIG. 22 illustrates another embodiment wherein the frame elements **52, 54** are mounted to a surface **56** at an angle.

Further, in place of first and second frame elements **52, 54** as shown in FIG. 2, a wine rack **50** may be formed using a single unitary frame element **150** having a first and second portion **52, 54** for respectively receiving the first support member **60** and the second support member **62**, as shown in FIG. 23, or a surface **152** may be used as shown in FIG. 24 for receiving securably the first and second support members **60, 62** of a row of a wine rack in accordance with embodiments of the present invention. The surface **152** may be integral to a wall **56** or may attach to a wall **56**.

Further, a wine rack **50** may be formed using embodiments of the present invention that attaches to the ceiling **160** of a room. For instance and as shown in FIG. 25, a first pair of frame elements (including first and second frame elements **52A, 54A**) can be secured to a ceiling joist or an I-beam and suspended therefrom. In this way, a wine rack can be formed that gives the appearance of hanging down from the ceiling. If desired, a second pair of frame elements **52B, 54B** can also be secured from ceiling structures and this second pair of frame elements **52B, 54B** can be securably attached to the back or rear of the first pair **52A, 54A** of frame elements so as to create a two-sided wine rack suspended from a ceiling.

In another embodiment, a band may be included to secure a wine bottle to one or more of the support members **60, 62**, such as a band that would extend over and across the wine bottle. This would secure the wine bottle **64** in the rack **50** to prevent the bottle from moving during a small earthquake or other disturbance.

Accordingly, it can be seen from the various embodiments shown and described herein that when compared with conventional wine racking systems—such as wood wine racks where the bottle is positioned axially within a compartment of the racking—embodiments of the present invention provide for improved air circulation around each bottle, as well as provide easy viewing of the labels of bottles in the rack **50**.

All directional references used herein (e.g., upper, lower, upward, downward, left, right, leftward, rightward, top, bottom, above, below, vertical, horizontal, clockwise, and counterclockwise) are only used for identification purposes to aid the reader's understanding of the present invention, and do not create limitations, particularly as to the position, orientation, or use of the invention.

10

While the invention has been particularly shown and described with reference to various embodiments thereof, it will be understood by those skilled in the art that various other changes in the form and details may be made without departing from the spirit and scope of the invention.

What is claimed is:

1. A wine rack comprising:

(a) a wine bottle neck frame element adapted to be attached to a structure;

(b) a wine bottle body frame element adapted to be attached to the structure in parallel to the wine bottle neck element;

(c) a wine bottle neck support member having:

(i) a proximal portion extending perpendicularly from the wine bottle neck frame element;

(ii) a first recessed portion extending from the proximal portion, the first recessed portion adapted to support a wine bottle neck;

(iii) an intermediate portion extending from the first recessed portion;

(iv) a second recessed portion extending from the intermediate portion, the second recessed portion adapted to support a wine bottle neck;

(v) a free end portion of the wine bottle neck support member extending from the second recessed portion;

(aa) wherein the free end portion includes an upwardly extending tip;

(bb) wherein the upwardly extending tip extends above a plane created by the proximal portion and the intermediate portion;

(d) a wine bottle body support member having:

(i) a proximal portion extending perpendicularly from the body frame element;

(ii) a first recessed portion extending from the portion, the first recessed portion adapted to support a wine bottle body;

(iii) an intermediate portion extending from the first recessed portion;

(iv) a second recessed portion extending from the intermediate portion, the second recessed portion adapted to support a wine bottle body;

(v) a free end portion of the wine bottle body support member extending from the second recessed portion;

(aa) wherein the free end portion includes an upwardly extending tip;

(bb) wherein the upwardly extending tip extends above a plane created by the proximal portion and the intermediate portion; and

(e) wherein when the neck and body frame elements are oriented vertically, the proximal portions of both the neck and body support members are oriented horizontally.

2. The wine rack of claim 1,

wherein the wine bottle neck support member further comprises:

(i) an inflection point disposed between the second recessed portion and the upwardly extending tip; and

wherein the wine bottle body support member further comprises:

(i) an inflection point disposed between the second recessed portion and the upwardly extending tip.

3. The wine rack of claim 1, wherein the first recessed portion of the wine bottle neck support member and the first recessed portion of the wine bottle body support member are adapted to hold a wine bottle horizontally.

**Exhibit 2**

**Page 41**

US 7,850,017 B2

| 11 | 12 |

4. The wine rack of claim 1,

(i) wherein the first recessed portion of the wine bottle neck support member traces a first arc portion of a first circle;

(ii) wherein the first recessed portion of the wine bottle neck support is adapted to hold a center of a neck portion of a wine bottle vertically below a center of the first circle;

(iii) wherein the first recessed portion of the wine bottle body support member traces a second arc portion of a second circle; and

(iv) wherein the first recessed portion of the wine bottle body support is adapted to hold a center of a body portion of the wine bottle vertically below a center of the second circle.

5. The wine rack of claim 1, wherein the wine bottle body frame element and the wine bottle neck frame element are adapted to be mounted to the structure while the structure is in a vertical orientation.

6. The wine rack of claim 4,

(i) wherein the wine bottle neck frame element is adapted to hold the wine bottle with the center of the neck portion of the wine bottle below the center of the body portion of the wine bottle.

7. The wine rack of claim 4,

(i) wherein the first circle has a first radius;

(ii) wherein the second circle has a second radius; and

(iii) wherein the first radius and the second radius are different.

* * * * *

Exhibit 2

Page 42

# EXHIBIT 3

On Feb 10, 2011, at 3:22 PM, "Charlie Malek"
<charlie@winemastercellars.com<mailto:charlie@winemastercellars.com>> wrote:
Hi  India,
Thanks you for your email last week. We've had an opportunity to
review your Patent No. 7,882,967 as well as remind ourselves of the terms of
our agreement.

You indicated in your email that you plan to sell the Vinotemp product "as
intended" which I presume to mean that you are planning to start selling
the Vinotemp Rack outside of cabinets.  As you know, our agreement from 2009
(copy attached) requires you "not to sell, use, or offer to sell the
Vinotemp Racks outside of Cabinets" and thus selling the Vinotemp rack
outside of cabinets would breach our agreement.

Also, to be clear, your patent does not legally entitle you to sell your
product.  Vinotemp's Rack is still subject to a claim of infringement of
Wine Master Cellars' U.S. Patent No. 6,991,117 should you decide to
recommence selling the Vinotemp Rack outside of Cabinets.
In our view, the issuance of your patent does not allow you to void the
agreement between the parties, and we request that you abide by the terms
and not sell the Vinotemp Rack outside of cabinets.  If not, Wine Master Cellars
will need to consider all options available to it including claims for
breach of contract and patent infringement.


Please let me know if you have any questions or would like to discuss this
matter further.

Regards,
Charlie


Charlie Malek
President/Owner

Wine Master Cellars
10645 E 47th Ave,  Denver, CO  80239
P: 866.650.1500  C: 303.808.7599  F: 866.650.1501
www.vintageview.com<http://www.winemastercellars.com/>

**Exhibit 3**

**Page 43**

# EXHIBIT 4

US007882967B2

## (12) United States Patent
Hynes

(10) Patent No.: **US 7,882,967 B2**
(45) Date of Patent: **Feb. 8, 2011**

(54) **MODULAR WINE RACK SYSTEM**

(75) Inventor: **India Hynes**, Newport Beach, CA (US)

(73) Assignee: **Vinotemp International, Inc.**, Rancho Dominguez, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/957,991**

(22) Filed: **Dec. 17, 2007**

(65) **Prior Publication Data**

US 2009/0152221 A1    Jun. 18, 2009

(51) **Int. Cl.**
*A47B 73/00*    (2006.01)

(52) **U.S. Cl.** ..................................................... **211/75**

(58) **Field of Classification Search** ................. 211/74, 211/75, 57.1, 59.1, 70.6, 87.01, 193, 181.1, 211/70.5, 100, 106
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 698,272 | A | * | 4/1902 | Glover ........................ 211/39 |
| 2,490,994 | A | * | 12/1949 | Brown ........................ 211/96 |
| 2,527,796 | A | * | 10/1950 | Clute ........................ 211/74 |
| 2,951,590 | A | * | 9/1960 | Feser ........................ 211/75 |
| 3,160,278 | A | * | 12/1964 | Varkala ........................ 211/74 |
| 3,606,023 | A | * | 9/1971 | Edmunds ........................ 211/74 |
| 3,870,155 | A | * | 3/1975 | Galloway ........................ 211/74 |
| D243,738 | S | * | 3/1977 | Johnson ........................ D7/704 |
| 4,998,631 | A | * | 3/1991 | Fridjhon ........................ 211/74 |
| 5,002,190 | A | * | 3/1991 | Moreland ........................ 211/32 |
| 5,499,724 | A | * | 3/1996 | Hickman ........................ 211/70.6 |
| 5,518,127 | A | * | 5/1996 | Warmack et al. ............ 211/193 |
| D376,299 | S | * | 12/1996 | Audet ........................ D7/704 |
| D378,888 | S | * | 4/1997 | Bertilsson ........................ D7/704 |
| 5,865,326 | A | * | 2/1999 | Spamer et al. ........... 211/181.1 |
| 6,173,845 | B1 | * | 1/2001 | Higgins et al. .............. 211/74 |
| 6,390,309 | B1 | * | 5/2002 | Tucker ........................ 211/85.7 |
| 6,502,705 | B1 | * | 1/2003 | Ziegler ........................ 211/74 |
| D483,233 | S | * | 12/2003 | Chen ........................ D7/704 |
| 6,763,956 | B2 | * | 7/2004 | Woods ........................ 211/74 |
| D497,526 | S | * | 10/2004 | Sanders et al. ........... D7/707 |
| 6,991,117 | B2 | * | 1/2006 | McCain ........................ 211/75 |
| 7,051,984 | B2 | * | 5/2006 | Botkin .................. 248/220.31 |
| 2007/0039907 | A1 | * | 2/2007 | Zandt ........................ 211/57.1 |
| 2007/0068887 | A1 | * | 3/2007 | Richard Nawrocki ...... 211/70.6 |
| 2008/0189858 | A1 | * | 8/2008 | Merritt ........................ 5/503.1 |

* cited by examiner

*Primary Examiner*—Jennifer E. Novosad
(74) *Attorney, Agent, or Firm*—Kleinberg & Lerner, LLP; Marvin H. Kleinberg

(57)    **ABSTRACT**

A modular wine rack system stores wine with the label facing the user, having at least two identical rods with indentations sized to hold a wine bottle. The rods are attached to a wall or frame to extend there from. The rods may be spaced apart so that the bottles are stored angled downwardly, with the body supported on one rod and the neck supported on the other.

**5 Claims, 4 Drawing Sheets**



**Exhibit 4**
**Page 44**



FIG. 1

FIG. 2

FIG. 3

FIG. 4



FIG. 5

FIG. 6

Exhibit 4
Page 45



FIG. 7

FIG. 8

FIG. 9

FIG. 10

FIG. 11

FIG. 12

Exhibit 4
Page 46



FIG. 13

FIG. 14

FIG. 15

FIG. 16

Exhibit 4
Page 47

## FIG. 17



## FIG. 18



Exhibit 4
Page 48

US 7,882,967 B2

**1**

# MODULAR WINE RACK SYSTEM

## BACKGROUND

### 1. Field of the Invention

The present invention relates to wine racks and, more particularly, wine racking devices.

### 2. Background of the Invention

Traditional wine racks stored bottles of wine in square or circular compartments, to maximize the number of bottles that could be stored against a wall. These compartments extended orthogonally from the wall such that wine bottles were inserted base first, with only the mouth and cork of the bottle visible from the outside. This was problematic to a person trying to select a wine bottle from such a rack, because the label which distinguishes one wine bottle from another is on the body of the bottle, not at the mouth and cork.

Another problem with traditional wine racks is that they were not modular. Typical wine racks were built in large units that covered entire walls. This led to much wasted space for users who did not have enough wine to fill the rack. Modular wooden racks using dowels to create a rack, enable the same kind of storage with bottles orthogonal to a wall with only the corks readily visible. However, this assembly method allowed as much wine rack as was needed for the available space.

Subsequent art in the wine rack field disclosed racks made of wood, wire, or metal. Some were modular, but others were decorative, with a predetermined number of storage spaces. These racks offered several advantages. The racks were cheaper to produce, lightweight, portable, and easy to install. However, these racks persisted in storing the wine orthogonal to the viewer. These iterations of wine racks did not solve the key problem of making the label visible to a viewer while the bottle was still in the rack.

Later model wine racks have utilized horizontal racking, and improved on the label viewing problem. These racks held bottles parallel to the wall by using a pair of arms, one of which had a large depression to hold the body of the bottle, the other with a smaller depression to hold the neck of the bottle. (See the McCain U.S. Pat. No. 6,991,117.) The racks stored wine so that the labels were visible. A disadvantage to this system was that it required two different arms to support a bottle.

Several wine rack systems were developed that allowed some modularity, typically by stacking small wine racks next to and on top of each other, thereby creating "one" larger wine rack. These systems suffered from two flaws: first, because each unit in the modular system was itself a small wine rack, the user still often had wasted space.

For example, a typical iteration included small racks capable of holding six bottles of wine. If a user acquired only two new bottles of wine, adding a new module wasted the space for the extra four bottles.

The second problem is related to the first. Because each module was composed of a complete, smaller rack, the individual parts were not interchangeable and replaceable. If part of one module was misplaced or damaged then the entire module could become unusable. At best, space for one bottle became unusable. The consumer was typically forced to replace the entire module, not just the damaged component, because the individual components were not sold.

It is the aim of the present invention to provide a modular wine rack system that stores wine bottles so that a viewer can read the labels. It is an additional aim of the present invention to provide a rack that can be adapted to store wine horizontally, for sales displays, or at an angle, to keep the cork of a

**2**

partially full bottle moist. It is a further aim of the present invention to provide a wine rack that is modular, replaceable, and inexpensive to manufacture. It is yet an additional object to provide a universal arm with uniform sized depressions that can be used as an element in a wine storage system. Such arms can have one or more depressions so that a pair of arms can support one or more bottles. Further, the depressions could be sufficiently large to support a range of bottle sizes—from magnums to splits.

Wine rack systems are created by using appropriate arm supporting elements. These arms can be wall mounted adapted to fit into peg board systems, could be fitted into wall mounted slots or could be combined with vertical posts that are fitted with a base to provide a stand alone wine storage system.

## SUMMARY OF THE INVENTION

A universal arm is provided with indentations to create resting positions for a bottle of wine. Each arm is composed of metal or another substance suitable for supporting one or more bottles of wine. Depending upon the number of bottles to be supported, the arm can have one or more depressions. In addition, each arm has mounting means at one end which may be used to mount the arm onto a pegboard, framework, horizontal slot, or the like. A pair of arms extend substantially perpendicular to the mounting surface and are spaced apart sufficiently to accommodate a wine bottle in the indentations provided. A pair of arms can then receive bottles in the curved depressions.

By varying the horizontal distance between the arms a user can alter the orientation of wine bottles stored in the curved depressions. By placing the arms relatively close together, a bottle can be stored substantially horizontally, because the body of the bottle rests in both curved depressions of the arms. However, if the arms are spaced further apart, the neck of the bottle will rest in one of the curved depressions, giving the bottle an orientation tilted substantially downward. It will be apparent to one skilled in the art that the present invention is capable of storing other bottle types in addition to wine bottles, and if the depression is sufficiently large, various bottle sizes, ranging from magnums to splits, can be accommodated.

Further, by not aligning the two arms in the same horizontal plane, the bottles can be stored at a desired angle to ensure that the cork will be kept moist at all times, or alternatively, with the neck slightly raised so that sediment collects at the bottom of the bottle.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a side view of a support arm according to the present invention.

FIG. **2** is a side view of an alternative embodiment of a support arm.

FIG. **3** is a side view of another alternative embodiment of a support arm.

FIG. **4** is a side view of yet another alternative embodiment of a support arm.

FIG. **5** is a side view of a support arm that incorporates an additional structural member.

FIG. **6** is a side view of a support arm adapted to hold heavy bottles.

FIG. **7** contains a top and side view of a support arm constructed from a flat sheet of material.

FIG. **8** is a side view of an alternative embodiment of a support arm.

**Exhibit 4**

**Page 49**

3

FIG. 9 is an isometric view of a support arm illustrating one embodiment of mounting means.

FIG. 10 is an isometric view of a support arm detailing an alternative embodiment of mounting means.

FIG. 11 is an isometric view of support arms attached to yet another embodiment of mounting means.

FIG. 12 illustrates a "keyhole" style mounting means.

FIG. 13 is an isometric view of a pair of support arms.

FIG. 14 is an isometric view of a pair of frames with attached support arms.

FIG. 15 is a support arm with a pegboard.

FIG. 16 is a support arm with threaded terminus and a threaded receiver.

FIGS. 17 and 18 are views of the bottle in 1st and 2nd positions.

DETAILED DESCRIPTION OF THE INVENTION

Turning first to FIG. 1, a side view of a support arm 10 is shown. In a first embodiment two curved lengths of the arm 10 form two concave resting positions 12 where bottles (not shown) may rest. These resting positions 12 may be nearly any size, diameter, or shape without departing from the spirit of the invention, so long as they are capable of supporting a bottle. It is understood that the depressions are of a uniform size, requiring only a single arm style to fully support a bottle.

Although two depressions or resting positions 12 are shown in this embodiment, the invention is not so limited. One, two, three, or even more depressions or resting positions 12 may be included on a support arm 10, so long as the arm 10 is capable of supporting the weight of the equivalent number of full bottles. For example, FIG. 2 shows an arm with only one depression and FIG. 3 shows an arm with three depressions. Additionally, the cross sectional shape of the supporting arm 10 may be a circle, square, oval, or virtually any other shape without departing from the essence of the invention. To facilitate the support of a large number of bottles, alternative embodiments of the support arm may include integrated supports. For example, FIG. 5 illustrates an arm with an under hanging support arm. FIG. 6 demonstrates an arm and support constructed from one continuous material, with depressions simply cut out of the top of the material.

FIG. 7 details an alternative embodiment of a support arm 20. The arm 20 may be composed of wood, metal, plastic, or any other material suitable for supporting the weight of full bottles. In this embodiment, the support arm 20 is constructed from, for example, a sheet of metal. A metal arm is bent to form multiple resting positions 22 for bottles.

FIG. 8 illustrates yet another alternative embodiment of a support arm 24. In this embodiment the resting positions 26 are specifically adapted to receive either the body or neck of a bottle. As in other embodiments of the invention, only one arm style is required to fully support a bottle. A first arm 24 can support the neck of a bottle in the small indentation of the resting position 26 while a second arm 24 can support the body of a bottle in the main resting position 26.

FIG. 9 is an isometric view of the support arm 10 depicted in FIG. 1. At the end of the support arm 10 are mounting means, in this embodiment, a plate 30. The plate 30 can be utilized with mounting systems that provide a horizontal slot (not shown) to accommodate product dispensers. Using this mounting system allows the user to easily configure a rack to individual tastes. The user can configure a rack to support bottles (not shown) substantially horizontally by spacing two identical support arms 10 relatively close together so that the body of the bottle is supported in resting positions 12. Conversely, the user can configure the rack to support bottles

4

angled substantially downward by spacing the support arms 10 further apart, so that the neck of the bottle rests in one of the resting positions 12.

An alternative embodiment is depicted in FIG. 10. In this embodiment, the plate 30 of FIG. 8 is replaced with a hook 40 suitable for insertion into a peg board (not shown) or similar mounting structure. Similar to the prior embodiment, this mounting also provides the user with an opportunity to personalize how wine is stored by spacing support arm 42 to a preferred distance, as well as by vertical separation.

FIG. 11 demonstrates yet another method of mounting support arms 50. In this embodiment, a plurality of support arms 50 are vertically integrated into a mounting frame 52. The mounting frame 52 may be composed of wood, metal, plastic, or any other suitable material. The mounting frame 52 can then be mounted on a wall or on a freestanding base pedestal with a second similar mounting frame 52 to form a complete rack.

As disclosed above, the user can modify the orientation of stored bottles merely by varying the space between mounting frames 52. It will be apparent to one skilled in the art that the mounting frame 52 may be any height, and include any number of support arms 50 without varying from the spirit of the invention. The methods of attaching the support arms 50 to the mounting frame 52, and the mounting frame 52 to the wall or freestanding base pedestal are well know in the art, and thus are not described here.

The mounting means of the present invention are not limited to the preceding examples, and may be virtually any means capable of mounting support arms to a wall or frame. For example, an alternative embodiment of the mounting means is illustrated in FIGS. 3 and 12. In FIG. 3, a small ball 60 at the end of a support arm 62 is sized such that it fits through the wide top portion of a keyhole slot shown in FIG. 12. FIG. 12 is a reverse view of the keyhole slot; the ball 60 located at the end of the arm 62 has entered the slot. The ball 60 will be locked into place, securing the arm 62, when it slides downward into the narrower part of the slot.

Yet another mounting means is shown in FIG. 4. One end of a support arm is threaded like a wood screw 80. It is then screwed into a corresponding hole in a wall or frame. Other suitable mounting means will be apparent to one skilled in the art.

What is claimed is:

1. A modular wine rack system comprising:

a pair of substantially identical support arms for supporting wine bottles having a body and a neck, each of said arms having a proximal end and a distal end, each of said support arms having at least one indentation capable of supporting a wine bottle, and each of said indentations having substantially identical dimensions;

wherein each of said support arms has mounting means at said proximal end mounting said support arms in a cantilevered position and wherein each of said distal ends is free; and

a support means receiving said pair of support arms substantially horizontally aligned in a cantilevered position and spaced apart to receive a wine bottle in said indentations; and wherein

said support arms can be disposed in two different positions by adjusting the distance therebetween such that in a first one of the positions, said support arms are spaced relatively close together so that the body of a wine bottle is supported by an indentation in each of the support arms thereby supporting said wine bottle in a substantially horizontal position and, alternatively, in a second one of said positions, said support arms are spaced rela-

**Exhibit 4**

**Page 50**

US 7,882,967 B2

5

tively further apart so that the body of the wine bottle is supported by an indentation in one support arm and the neck of the bottle is supported by an indentation in the other support arm thereby supporting said wine bottle with its neck angled downwardly.

2. The wine rack system of claim **1** wherein said support arms have one indentation.

6

3. The wine rack system of claim **1** wherein said support arms have two indentations.

4. The wine rack system of claim **1** wherein said support arms have at least three indentations.

5. The wine rack system of claim **1** wherein said mounting means are a vertical plate.

\* \* \* \* \*

Exhibit 4

Page 51

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Audrey B. Collins and the assigned discovery Magistrate Judge is Paul Abrams.

The case number on all documents filed with the Court should read as follows:

## CV11- 1543 ABC (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

ORIGINAL

# BY FAX

Marvin H. Kleinberg (State Bar No. 24,953)
Email: mkleinberg@kleinberglerner.com
Bradford E. Mattes (State Bar No. 159,004)
Email: bemattes@kleinberglerner.com
Christopher J. Dugger (State Bar No. 239,427)
Email: cdugger@kleinberglerner.com
KLEINBERG & LERNER, LLP
1875 Century Park East, Suite 1150
Los Angeles, California 90067-3112
Telephone: (310) 557-1511 Facsimile: (310) 557-1540

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINOTEMP INTERNATIONAL CORPORATION, a California Corporation <br><br> PLAINTIFF(S) <br><br> v. <br><br> WINE MASTER CELLARS, LLC, a Colorado Limited Liability Company <br><br> DEFENDANT(S). | CASE NUMBER <br><br> **CV11-01543** ABC(PLAx) <br><br><br> **SUMMONS** |

TO: DEFENDANT(S): <u>WINE MASTER CELLARS, LLC, a Colorado Limited Liability Company</u>

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>KLEINBERG & LERNER, LLP</u>, whose address is <u>1875 CENTURY PARK EAST, SUITE 1150, LOS ANGELES, CA 90067</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ___ FEB 2 2 2011 ___

By: _____
        Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States  Allowed 60 days by Rule 12(a)(3)].*

2011-FEB-22 12:41 FROM-ABC LEGAL SERVICES +2132699413 T-035 P.004/015 F-071



BY FAX

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
VINOTEMP INTERNATIONAL CORPORATION, a California Corporation

**DEFENDANTS**
WINE MASTER CELLARS, LLC, a Colorado Limited Liability Company

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Marvin H. Kleinberg (State Bar No. 24,953), Bradford E. Mason (State Bar No. 116,604)
Christopher J. Dugger (State Bar No. 230,427)
KLEINBERG LERNER, LLP
1875 Century Park East, Suite 1150 Los Angeles, CA 90067 (310) 557-1511, fax (310) 557-1540

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☑ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

## CV11-01543

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)

**CIVIL COVER SHEET**

Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                             ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                             ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                             ☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Colorado |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
  Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date  2/22/2011

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969 (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |