| | |
|---|---|
| 1 | James E. Doroshow (SBN 112920) |
| |    jdoroshow@foxrothschild.com |
| 2 | Alan C. Chen (SBN 224420) |
| |    achen@foxrothschild.com |
| 3 | FOX ROTHSCHILD LLP |
| | 1800 Century Park East, Suite 300 |
| 4 | Los Angeles, California 90067-3005 |
| | Tel: (310) 598-4150 / Fax: (310) 556-9828 |
| 5 | |
| 6 | John R. Posthumus (*Pro Hac Vice* pending) |
| |    jposthumus@sheridanross.com |
| 7 | SHERIDAN ROSS PC |
| | 1560 Broadway, Suite 1200 |
| 8 | Denver, CO 80202 |
| | Tel: (303) 863-2963 / Fax: (303) 572-6540 |

Attorneys for Defendant,
Wine Master Cellars, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINOTEMP INTERNATIONAL CORPORATION, a California corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>WINE MASTER CELLARS, LLC, a Colorado Limited Liability Company,<br><br>       Defendant. | Case No.:  CV 11-01543 ABC (PLAx)<br><br>**DEFENDANT WINE MASTER CELLARS, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE**<br><br>Hearing Date: July 11, 2011<br>Time: 10:00 a.m.<br>Courtroom: 680<br>Judge: Hon. Audrey B. Collins |

PLEASE TAKE NOTICE THAT on July 11, 2011, at 10:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 680 of the above entitled Court, Defendant Wine Master Cellars, LLC ("Wine Master") will and hereby does move for an Order dismissing the First, Second and Third Claims for Relief and to transfer the Fourth Claim for Relief to the United States District Court for the District of Colorado.

The Motion is based on the grounds that: (1) the first-to-file rule dictates that the Fourth Claim for Relief should be transferred to the United States District Court for the District of Colorado; (2) the Third Claim for Relief should be dismissed due to

-1-

1  the lack of declaratory judgment jurisdiction under 28 U.S.C. § 2201(a); (3) the First
2  and Second Claims for Relief with respect to U.S. Patent No. 7,850,017 should be
3  dismissed due to lack of declaratory judgment jurisdiction under 28 U.S.C. § 2201(a);
4  and (4) the First and Second Claims for Relief with respect to U.S. Patent No.
5  6,991,117 should be dismissed, or in the alternative, stayed, pending resolution of
6  *Wine Master Cellars, LLC v. Vinotemp International Corporation*, United States
7  District Court, District of Colorado, Case No. 11-CV-00623.
8      This Motion is made following conference of counsel pursuant to Local Rule 7-
9  3, which took place on May 26, 2011.
10     The Motion is based upon this Notice of Motion and Motion, the incorporated
11 Memorandum of Points and Authorities, the Declarations of John R. Posthumus and
12 the exhibits thereto attached as Exhibits "A," "B" and "C," respectively, the
13 Complaint including Exhibits ("Ex.") in this action, and such oral and documentary
14 evidence as may be presented to the Court at or before the hearing of this Motion.

16 Dated: May 26, 2011        FOX ROTHSCHILD LLP

18         By:   /s/ Alan C. Chen
19         James E. Doroshow
        Alan C. Chen
20         Attorneys for Defendant,
        Wine Master Cellars, LLC

21 Of Counsel:
22 John R. Posthumus, Esq.
SHERIDAN ROSS PC
23 1560 Broadway, Suite 1200
Denver, CO 80202
24 Tel: (303) 863-2963
(*Pro Hac Vice* Application pending)